**No. 47934.**—Protest 76300–K of T. D. Downing Co. (Boston).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the claim for free entry under paragraph 1669 was sustained.